1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    KARIN FUSSY,                            Case No. 1:21-cv-01307-ADA-CDB

12                  Plaintiff,                 **ORDER STRIKING UNSIGNED**
                                               **PLEADING FROM THE RECORD**
13          v.
                                               (Doc. 41)
14    RTI SURGICAL,

15                  Defendant.

16

17

18          On May 30, 2023, Plaintiff filed a pleading captioned "Motion to Deny Any Further

19   Postponement" (Doc. 41) in which she requests that the "settlement hearing" previously

20   scheduled for May 15, 2023 and reset to August 9, 2023 (Doc. 39) not be further

21   postponed.  Plaintiff asserts that postponing the hearing will cause financial, physical and

22   emotional burden to her.  Defendant filed a belated response on June 22, 2023.  (Doc. 42).  In that

23   response, Defendant requests the Court not construe Plaintiff's filing as a supplement to her

24   earlier filing in opposition to Defendant's motion to dismiss.  Further, Defendant notes that the

25   hearing scheduled on August 9 is not a settlement conference, but rather, a scheduling conference.

26          Defendant is correct that the August 9 hearing is a scheduling conference, not a settlement

27   conference.  Plaintiff previously has filed motions like the instant motion to expedite proceedings

28   (Docs. 14, 20) and the Court has reminded Plaintiff that the subject hearing is a scheduling

conference.  (Doc. 21).  Moreover, the Court also previously has informed Plaintiff that, because of its limited judicial resources, it is not prepared to schedule the case until the assigned district judge rules on the pending motion to dismiss.  (Docs. 15, 21).

Finally, Plaintiff's motion is unsigned. As indicated in the Court's Informational Order, each document submitted for filing must include the original signature of the filing party. (*See* Doc. 3-5, citing Local Rule 131, Fed. R. Civ. P. 11(a)). As a general rule, all documents submitted without the required signature(s) will be stricken from the record. *(Id*. at 2).  The Court previously reminded Plaintiff of this and cautioned Plaintiff: "in the future the Court may strike any document submitted without the required signature."  (Doc. 21 at 2).

Accordingly, for the foregoing reasons, the Court STRIKES Plaintiff's unsigned motion (Doc. 41).

Plaintiff is directed to refamiliarize herself with and adhere to the Local Rules of this Court; failure to comply with those rules or Court orders may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated:   **June 23, 2023**

UNITED STATES MAGISTRATE JUDGE