UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KARIN FUSSY,

Plaintiff,

v.

RTI SURGICAL,

Defendants.

Case No. 1:21-cv-01307-KES-CDB

ORDER DENYING PLAINTIFF'S MOTIONS FOR MISCELLANEOUS RELIEF

(Docs. 74, 76, 77)

**Background**

Plaintiff Karin Fussy ("Plaintiff") commenced this action with the filing of a complaint in state court against Defendant RTI Surgical, Inc. ("Defendant"). Defendant removed the action to this Court on August 27, 2021. (Doc. 1).

On April 14, 2022, the formerly assigned district judge granted Defendant's motion to dismiss the complaint and extended to Plaintiff leave to amend. (Doc. 22). Plaintiff filed a first amended complaint on April 27, 2022 (Doc. 24), and Defendant moved to dismiss (Doc. 25). On August 6, 2025, the undersigned entered findings and a recommendation to grant Defendant's motion to dismiss (Doc. 61).[1] Following Plaintiff's filing of objections (Doc. 62), on September 15, 2025, the assigned district judge adopted the findings and recommendations, granted Defendant's motion to dismiss the first amended complaint, declined to extend to Plaintiff further leave to amend, and directed the Clerk of the Court to close the case. (Doc. 63). Judgment entered that same date (September 15, 2025). (Doc. 64).

[1] On May 14, 2025, the assigned district judge referred the motion to dismiss to the undersigned for the preparation of findings and recommendations. (Doc. 56).

On October 21, 2025, Plaintiff filed in this Court a notice of appeal to the Ninth Circuit Court of Appeals. (Doc. 66). On October 27, 2025, the Ninth Circuit entered an order stating that Plaintiff's notice of appeal was untimely and directed Plaintiff to either move to dismiss the appeal or file a statement explaining why the appeal should not be dismissed. *See Karin Fussy v. RTI Surgical, Inc.*, No. 25-6689 (9th Cir. Oct. 27, 2025). Plaintiff filed a response to the Ninth Circuit's order. *See id.* (Doc. 5). Thereafter, the Ninth Circuit entered an order dismissing Plaintiff's appeal as untimely. *Id.* (Doc. 6). On January 8, 2026, the Ninth Circuit issued its mandate. *Id.* (Doc. 8).

**Discussion**

Pending before the Court are several filings made by Plaintiff following issuance of the Ninth Circuit's mandate – specifically, a "Motion to Vacate the Dismissal Notice," a "Motion to Reinstate the Case and Set Aside the Dismissal," and a "Motion to Disclose the Date When the Appeal Was Received and Mailed." (Docs. 74, 76, 77).

As set forth above, this case is closed. Plaintiff appealed the Court's dismissal of the action to the Ninth Circuit, and that Court dismissed Plaintiff's appeal as untimely. Although Plaintiff had recourse to seek further review of the Ninth Circuit's dismissal, either through a petition for panel rehearing or a petition for rehearing en banc, she did not file any such petition, and the time to do so has expired. *See* Fed. R. App. P. 40.

Because this case is closed and Plaintiff presents in her various motions no live controversy among the parties and identifies no authorities pursuant to which the Court may grant her the miscellaneous relief she seeks, the Court will deny the motions.

**Conclusion and Order**

For the foregoing reasons, IT IS HEREBY ORDERED that Plaintiff's motions for miscellaneous relief (Docs. 74, 76, 77) are DENIED.

IT IS SO ORDERED.

Dated: **August 25, 2026**

UNITED STATES MAGISTRATE JUDGE